# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Ben Fitzgerald Real Estate Services, LLC | ) | ASBCA Nos. 61808, 61809 |
| dba Rosemark | ) | |
| | ) | |
| Under Contract No. W912HP-14-D-0027 | ) | |

APPEARANCES FOR THE APPELLANT:    Diana Parks Curran, Esq.
Hadeel N. Masseoud, Esq.
  Curran Legal Services Group, Inc.
  Johns Creek, GA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
John P. Kassebaum, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Charleston

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: March 12, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61808, 61809, Appeals of Ben Fitzgerald Real Estate Services, LLC dba Rosemark, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals